CLOSED, ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-15391-JGK
#### Internal Use Only

| | |
|---|---|
| Nakash et al v. LG Philips LCD Company Ltd. et al | Date Filed: 12/21/2006 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 06/05/2007 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Lead case: 1:06-cv-14335-JGK | Nature of Suit: 190 Contract: Other |
| Member cases: | Jurisdiction: Diversity |
|    1:06-cv-14423-JGK | |
|    1:06-cv-15391-JGK | |
| Related Case: 1:06-cv-14335-JGK | |
| Cause: 28:1332 Diversity-Other Contract | |

**Plaintiff**

**Steven Nakash**
*Individually*

represented by **Christopher Lovell**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
Email: LSHLLP@LSHLLP.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Nakash**
*and on behalf of all others similarly situated*

represented by **Christopher Lovell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company Ltd.**

**Defendant**

**LG Electronics USA Inc.**

**Defendant**

**Philips Electronics North America Corp.**
*TERMINATED: 01/22/2007*

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Sharp Corp.**

**Defendant**

**Sharp Electronics Corp.**  represented by  **Albert J. Boro, Jr.**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1436
Fax: (415) 983-1200
*ATTORNEY TO BE NOTICED*

**Defendant**

**Toshiba Corp.**

**Defendant**

**Toshiba Matsushita Display Technology Corp., Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA), Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corp.**

**Defendant**

**NEC Corp.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

International Display Technology Corp., Ltd.

**Defendant**

International Display Technology USA Inc.

**Defendant**

AU Optronics Corp.

**Defendant**

America

**Defendant**

John Does
*1 - 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2006 | 1 | COMPLAINT against Sharp Corp., Sharp Electronics Corp., Toshiba Corp., Toshiba Matsushita Display Technology Corp., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corp., NEC Corp., NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., International Display Technology Corp., Ltd., International Display Technology USA Inc., AU Optronics Corp., America, John Does, LG Philips LCD Company Ltd., LG Electronics USA Inc., Philips Electronics North America Corp., Samsung Electronics Company Ltd.. (Filing Fee $ 350.00, Receipt Number 600957)Document filed by Steven Nakash (Individually), Steven Nakash(and on behalf of all others similarly situated). (es, ) (Entered: 12/27/2006) |
| 12/21/2006 |  | SUMMONS ISSUED as to Sharp Corp., Sharp Electronics Corp., Toshiba Corp., Toshiba Matsushita Display Technology Corp., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corp., NEC Corp., NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., International Display Technology Corp., Ltd., International Display Technology USA Inc., AU Optronics Corp., America, John Does, LG Philips LCD Company Ltd., LG Electronics USA Inc., Philips Electronics North America Corp., Samsung Electronics Company Ltd.. (es, ) (Entered: 12/27/2006) |
| 12/21/2006 |  | Case Designated ECF. (es, ) (Entered: 12/27/2006) |
| 12/21/2006 |  | CASE REFERRED TO Judge John G. Koeltl as possibly related to 06-civ-14335. (es, ) (Entered: 12/27/2006) |
| 01/05/2007 |  | CASE ACCEPTED AS RELATED TO 06-cv-14335. Notice of Assignment to follow. (jmi, ) (Entered: 01/09/2007) |
| 01/05/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (jmi, ) (Entered: 01/09/2007) |

| 01/05/2007 | | Magistrate Judge Theodore H. Katz is so designated. (jmi, ) (Entered: 01/09/2007) |
| --- | --- | --- |
| 01/05/2007 | | Mailed notice to the attorney(s) of record. (jmi, ) (Entered: 01/09/2007) |
| 01/09/2007 | 3 | STIPULATION AND ORDER: The time for PENAC to answer, move with respect to, or otherwise respond to, the complaint in this action is extended to and including 3/30/2007. (Signed by Judge John G. Koeltl on 1/9/2007) (lb, ) (Entered: 01/10/2007) |
| 01/09/2007 | | Set Answer Due Date purs. to 3 Stipulation and Order as to Philips Electronics North America Corp. answer due on 3/30/2007. (lb, ) (Entered: 01/10/2007) |
| 01/16/2007 | 4 | NON-ECF DOCUMENT ERROR - NOTICE of Voluntary Dismissal. Document filed by Steven Nakash(and on behalf of all others similarly situated). (Jacobson, Gary) Modified on 1/17/2007 (Gutierrez, Robert). (Entered: 01/16/2007) |
| 01/16/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Gary Jacobson to E-MAIL Document No. 4 Notice of Voluntary Dismissal. This document is not filed via ECF. (rag) (Entered: 01/17/2007) |
| 01/22/2007 | 5 | NOTICE of Voluntary Dismissal as to defendant Philips Electronics North America Corporation without prejudice and without costs pursuant to Rule 41(a)(1) of the F.R.C.P.. (Signed by Judge John G. Koeltl on 1/19/07) (kco) (Entered: 01/23/2007) |
| 01/22/2007 | | (Court only) *** Party Philips Electronics North America Corp. terminated. (kco) (Entered: 01/23/2007) |
| 01/24/2007 | 6 | MOTION for Albert J. Boro, Jr. to Appear Pro Hac Vice. Document filed by Sharp Electronics Corp.(jco) (Entered: 01/25/2007) |
| 01/25/2007 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Hitachi Ltd. (Japan) as Corporate Parent. Document filed by Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc..(Knoll, Mark) (Entered: 01/25/2007) |
| 01/29/2007 | | CASHIERS OFFICE REMARK on 6 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 01/24/2007, Receipt Number 603272. (jd) (Entered: 01/29/2007) |
| 02/06/2007 | 8 | NOTICE of Notice of Joinder in Stipulation For Extension of Time. Document filed by Chi Mei Optoelectronics USA, Inc.. (Attachments: # 1 Corporate Disclosure Statement)(Khoo, Caren) (Entered: 02/06/2007) |
| 02/06/2007 | 9 | STIPULATION AND ORDER the deadline for the HAL, HED-US and SEC to respond to the complaint shall be extended until the earlier of the following two dates (1) forty-five days after the filing of a consolidated amended complaint in the LCD cases or (2) forty-five days after the plaintiff provides written notice that he does not intend to file a consolidated amended complaint provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case. (Signed by Judge John G. Koeltl on 2/2/07) (kco) (Entered: 02/07/2007) |
| 02/06/2007 | 10 | STIPULATION AND ORDER; the time for defendant LG Electronics USA Inc. to answer move or otherwise respond to the complaint is extended to 3/30/2007. |

| | | |
|---|---|---|
| | | (Signed by Judge John G. Koeltl on 2/6/07) (kco) (Entered: 02/07/2007) |
| 02/07/2007 | 🌑 | Set Answer Due Date purs. to 10 Stipulation and Order as to LG Electronics USA Inc. answer due on 3/30/2007. (kco) (Entered: 02/07/2007) |
| 04/03/2007 | 🌑11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sharp Corporation as Corporate Parent. Document filed by Sharp Electronics Corp.. (Nara, Fusae) (Entered: 04/03/2007) |
| 06/05/2007 | 🌑12 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| 06/05/2007 | 🌑 | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |