1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
| 12 | |
| 13 | No. C-07-2796 SI |
| 14   THIS DOCUMENT RELATES TO | |
| 15   *EMW, Inc. v. LG Philips LCD Co., Ltd. et al.* | [PROPOSED] ORDER  APPOINTING INTERIM CLASS COUNSEL FOR THE |
| 16   Case No. C-07-2796 SI and | CALIFORNIA INDIRECT PURCHASERS SUBGROUP |
| 17   ALL INDIRECT PURCHASER ACTIONS | |
| 18 | |
| 19 | |
| 20 | |

21

22

23     Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

24   Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

25   Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

26   putative class of indirect purchasers.  After reviewing the papers filed and hearing argument by

27   all parties: the court hereby enters the following order:

28

21  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3  Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4  Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5  Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6  Subgroup and putative class.

7

8          Dated:  July ___, 2007                          _____

                                                            Honorable Susan Illston
9                                                           UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP